IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| vs.   : | **CRIMINAL NO.: 22-0065-CG-B** |
| **KEVIN ELY BUSH** : | |
| **Defendant.** : | |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Sonja F. Bivins and without any objection having been filed by the parties, and the plea of guilty of the Defendant KEVIN ELY BUSH to Count 2 of the Indictment is now accepted and the Defendant is adjudged guilty of the offense of Prohibited Person in Possession of a Firearm in violation of Title 18, U.S.C., § 922(g)(1).

A sentencing hearing has been scheduled for **September 21, 2022 at 9:30 a.m. in Courtroom 3B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama  36602.

**DONE and ORDERED** this the 26th  day of July, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE